# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ZINAH AL-JAZRAWI ISPINE (DR. STEFAN G. PRIBIL); DETROIT INSTITUTE OF PAIN & MUSCLESKELTAL MEDICINE (DR. BACHU ABRAHAM); SUMMITT NEUROMONITORING, LLC (DR. ANWAR MALIK); ADVANCED SURGERY CENTER, PLLC; & MEDCARE WELLNESS, LLC.,

    Plaintiffs,

-vs-

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, A FOREIGN CORPORATION,

    Defendant.

Case No. 5:19-cv-11363
HON. DAVID R. GRAND

## STIPULATION FOR ENTRY OF ORDER FOR DISMISSAL WITH PREJUDICE

It is stipulated by all parties, by and through their respective counsel, to entry of an Order dismissing the above-entitled cause with prejudice and without costs.

BY: s/Jason F. Hagelthorn
   (w/ consent)

Jason F. Hagelthorn
P73728
Attorney for Plaintiffs
29777 Telegraph Rd.
Suite 2400

BY: s/ Brian D. Wright

Brian D. Wright, P36862
Attorney for Defendant State Farm Mutual Automobile Insurance Company

Southfield, MI 48034
Phone: 248-353-8885
Fax:    248-353-1326
yatoomalaw@gmail.com

20750 Civic Center Drive
Suite 400
Southfield, MI 48076
Phone:  248-945-3815
Fax:     248-847-1378
brian.wright@statefarm.com

-2-

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ZINAH AL-JAZRAWI ISPINE (DR.
STEFAN G. PRIBIL); DETROIT
INSTITUTE OF PAIN &
MUSCLESKELTAL MEDICINE (DR.
BACHU ABRAHAM); SUMMITT
NEUROMONITORING, LLC (DR.
ANWAR MALIK); ADVANCED
SURGERY CENTER, PLLC; &
MEDCARE WELLNESS, LLC.,

Case No. 5:19-cv-11363
HON. DAVID R. GRAND

        Plaintiffs,

-vs-

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, A FOREIGN
CORPORATION,

        Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to a stipulation by and between the parties, and the Court being fully advised in the premises:

IT IS ORDERED that the above-entitled cause of action be, and the same is, dismissed with prejudice and without cost to any of the parties.

This Order resolves the last pending claim and closes this case.

                      s/David R. Grand
                  U.S. MAGISTRATE JUDGE